Received and E-Filed for Record
1/8/2025 9:13 AM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Julie Flowers

ACCEPTED
15-24-00126-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/10/2025 11:36 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/10/2025 11:36:06 AM
CHRISTOPHER A. PRINE
Clerk

**BILL OF COST FOR**

**PREPARATION OF CLERK'S RECORD**

TO:     Bradley W. Snead

        Attorney at Law

RE:  CAUSE NO.:  22-10-14637

Baron Global Distributors, LLC, Zinc Point Manufacturing, Inc. vs. Still American, LLC, Unio Global Trade, LLC, Adolfo Rafael Vivas, Marcela  Vogel, Michael Vogel, Adolfo Pedro Vivas

| | |
|---|---|
| Cost of Copies ($1.00 per page) | $6,179.00 |
| Certified Mail Postage | $0.00 |
| TOTAL COST DUE OF APPELLANT | $6,179.00 |

**PLEASE REMIT YOUR PAYMENT VIA EFILE WITH A COPY OF THIS DOCUMENT.**

THE STATE OF TEXAS

COUNTY OF MONTGOMERY

I, Melisa Miller, Clerk of the District Court, in and for said County and State, hereby certify the foregoing to be a correct account of the costs adjudged against the Appellant in the above entitled and numbered cause to this date.

WITNESS MY HAND AND SEAL OF OFFICE, DECEMBER 12, 2024.



MELISA MILLER

District Clerk

PO Box 2985

Conroe TX 77305

By: _____

Michelle Meurer, Deputy

936-522-4504

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mona Reynolds on behalf of Kenneth Fair
Bar No. 24007171
reynolds@wrightclose.com
Envelope ID: 95972467
Filing Code Description: No Fee Documents
Filing Description: Bill of Cost for Preparation for Clerk's Record
Status as of 1/8/2025 12:53 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Leigh CMalinowski | | lmalinowski@grayreed.com | 1/8/2025 9:13:07 AM | SENT |
| Kelly Leonard | | kleonard@grayreed.com | 1/8/2025 9:13:07 AM | SENT |
| Lawrence  BradHancock | | brad.hancock@hklaw.com | 1/8/2025 9:13:07 AM | SENT |
| Diana Miranda | | diana.miranda@hklaw.com | 1/8/2025 9:13:07 AM | SENT |
| Michael Bennett | 796196 | mbennett@cm.law | 1/8/2025 9:13:07 AM | SENT |
| D. Scott Funk | 7550900 | sfunk@grayreed.com | 1/8/2025 9:13:07 AM | SENT |
| Andrea James | | andrea.james@hklaw.com | 1/8/2025 9:13:07 AM | SENT |
| Justin Lipe | 24083401 | jlipe@grayreed.com | 1/8/2025 9:13:07 AM | SENT |
| Angela Smith | | angela.smith2@hklaw.com | 1/8/2025 9:13:07 AM | SENT |
| Annette Goins | | annette.goins@hklaw.com | 1/8/2025 9:13:07 AM | SENT |
| Derek Hollingsworth | | dhollingsworth@dhmlaw.com | 1/8/2025 9:13:07 AM | SENT |
| Kristin Hagen | | khagen@dhmlaw.com | 1/8/2025 9:13:07 AM | SENT |
| Michael ByronBennett | | mbennett@cm.law | 1/8/2025 9:13:07 AM | SENT |
| Cheryl E.Diaz | | cdiaz@cm.law | 1/8/2025 9:13:07 AM | SENT |
| Maria Gil | | Maria.Gil@hklaw.com | 1/8/2025 9:13:07 AM | SENT |
| Scott  Funk | | sfunk@grayreed.com | 1/8/2025 9:13:07 AM | SENT |
| Bradley W.Snead | | snead@wrightclosebarger.com | 1/8/2025 9:13:07 AM | SENT |
| Kenneth J.Fair | | fair@wrightclosebarger.com | 1/8/2025 9:13:07 AM | SENT |
| Sharon Jones | | sdjones@grayreed.com | 1/8/2025 9:13:07 AM | SENT |
| Kenneth J.Fair | | fair@wrightclosebarger.com | 1/8/2025 9:13:07 AM | SENT |
| Bradley  W. Snead | | snead@wrightclosebarger.com | 1/8/2025 9:13:07 AM | SENT |
| Tara Cunha | | tara.cunha@mctx.org | 1/8/2025 9:13:07 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mona Reynolds on behalf of Kenneth Fair
Bar No. 24007171
reynolds@wrightclose.com
Envelope ID: 95972467
Filing Code Description: No Fee Documents
Filing Description: Bill of Cost for Preparation for Clerk's Record
Status as of 1/8/2025 12:53 PM CST

Case Contacts

| Tara Cunha | | tara.cunha@mctx.org | 1/8/2025 9:13:07 AM | SENT |
|---|---|---|---|---|
| Justin Lipe | | jlipe@grayreed.com | 1/8/2025 9:13:07 AM | SENT |
| Lindsay M.Contreras | | lcontreras@dhmlaw.com | 1/8/2025 9:13:07 AM | SENT |
| Claire Cook | | ccook@cm.law | 1/8/2025 9:13:07 AM | SENT |

 
# Details - Case # 22-10-14637 - Envelope # 95972467

## Envelope

Envelope ID
95972467

Submitted date
01/08/2025 9:13 AM

Submitted by
Mona Reynolds

Username
reynolds@wrightclose.com

## Case Information

Court Location
Montgomery County - 284th Judicial District Court

Case Type
Other Civil - Over $250,000

Case Category
Civil - Other Civil

Judge
Bays, Kristin

## Parties

| Party Type | Party Name | Lead Attorney |
| --- | --- | --- |
| Witness | AT&T | |
| 3rd Party Defendant | Elion One, LLC | Justin G. Lipe |
| 3rd Party Defendant | Elion Management | Justin G. Lipe |
| Defendant | Adolfo Pedro Vivas | MICHAEL B. BENNETT |
| 3rd Party Defendant | Walter J Baronowski | Justin G. Lipe |
| Witness | UMB Bank, National Association | |
| Witness | JPMORGAN CHASE BANK | |
| Other Active Parties | Holland & Knight LLP | |

| Defendant | Marcela Vogel | MICHAEL B. BENNETT,Bradley W Snead |
|---|---|---|
| Defendant | Adolfo Rafael Vivas | MICHAEL B. BENNETT |
| Defendant | Unio Global Trade, LLC | MICHAEL B. BENNETT |
| Plaintiff | Zinc Point Manufacturing, Inc. | Justin G. Lipe,D. Scott Funk |
| Witness | Bank of America Corporation | |
| Other Active Parties | Benjamin Sessions | |

# Filings

Filing Code
## No Fee Documents

Filing Type
## eFile and Serve

Filing Description
## Bill of Cost for Preparation for Clerk's Record

Client Ref #
## 1529.0001

# Service Contacts

| Party Type | Party Name | Service Contacts |
|---|---|---|
| Witness | AT&T |  0 |
| 3rd Party Defendant | Elion One, LLC | 0 |
| 3rd Party Defendant | Elion Management | 0 |

| 3rd Party Defendant | Walter J Baronowski | 0 |
|---|---|---|
| Witness | UMB Bank, National Association | 0 |
| Witness | JPMORGAN CHASE BANK | 0 |
| Other Active Parties | Holland & Knight LLP | 0 |
| Defendant | Michael Vogel | 0 |
| Defendant | Marcela Vogel | 0 |
| Defendant | Adolfo Rafael Vivas | 0 |
| Defendant | Unio Global Trade, LLC | 0 |
| Plaintiff | Zinc Point Manufacturing, Inc. | 0 |
| Witness | Bank of America Corporation | 0 |
| Other Active Parties | Benjamin Sessions | 0 |
| Defendant | Still American, LLC | 0 |
| Plaintiff | Baron Global Distributors, LLC | 0 |
| Other Service Contacts | | 25 |

## Fees

Payment account

### WCB Firm Credit Card

Party responsible for envelope fees

Kenneth Fair

Filer Type

Not Applicable

Order ID

095972467-0

Transaction Response

Approved

Transaction Amount

$6,357.57

Transaction ID

141503612

| Filing Fees | |
|---|---:|
| No Fee Documents | $0.00 |
| Copies - Non-Certified ($1.00 × 6179) | $6,179.00 |
| Service Fees | |
| Convenience Fee | $178.57 |
| **Grand Total** | **$6,357.57** |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mona Reynolds on behalf of Kenneth Fair
Bar No. 24007171
reynolds@wrightclose.com
Envelope ID: 96077586
Filing Code Description: Other Document
Filing Description: 250108 Proof of payment for Clerk's Record
Status as of 1/10/2025 11:47 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bradley W.Snead | | snead@wrightclosebarger.com | 1/10/2025 11:36:06 AM | SENT |
| Kenneth J.Fair | | fair@wrightclosebarger.com | 1/10/2025 11:36:06 AM | SENT |
| D. ScottFunk | | sfunk@grayreed.com | 1/10/2025 11:36:06 AM | SENT |
| Justin GuyLipe | | jlipe@grayreed.com | 1/10/2025 11:36:06 AM | SENT |
| Michael B.Bennett | | mbennett@cmlaw.com | 1/10/2025 11:36:06 AM | ERROR |
| Charyl E.Diaz | | cdiaz@cmlaw.com | 1/10/2025 11:36:06 AM | ERROR |